UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAKECIA LANE,

                Plaintiff,                   **ECF CASE**

    -against-                         Docket No. 08-CV-4513(LTS)(MHD)

                                       **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Police Commissioner Raymond Kelly, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          May 30, 2008

                                                  MICHAEL A. CARDOZO
                                                 Corporation Counsel of
                                                 the City of New York
                                                 Attorney for defendants City of New York
                                                 and Police Commissioner Raymond Kelly
                                                 100 Church Street
                                                 New York, New York 10007
                                                 (212) 442-0832
                                                 (212) 788-9776 (fax)


                                                 By:   s/ Hugh A. Zuber              ____   .
                                                          Hugh A. Zuber (HZ 4935)
                                                           Assistant Corporation Counsel
                                                           Special Federal Litigation Division

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Michael P. Kushner, Esq. (By ECF)
The Blanch Law Firm
350 Fifth Avenue, 68th Floor
New York, New York 10118