



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HUGH A. ZUBER
Assistant Corporation Counsel
phone: 212-442-0832
fax: 212-788-9776
email: hzuber@law.nyc.gov

May 30, 2008

BY FACSIMILE – (212) 805-0426
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007



Re: *Lakecia Lane v. City of New York, et al.*, 08-CV-4513(LTS)(MHD)

Dear Judge Swain:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendants City of New York and Raymond W. Kelly. I am writing with the consent of plaintiff's counsel, Michael P. Kushner, Esq., to request a thirty-day enlargement of time, from June 10, 2008 to July 10, 2008, within which this office may answer or otherwise respond to the complaint. This is the defendants first request for an enlargement of time in this action.

  In the complaint, the plaintiff alleges, *inter alia*, violations of her constitutional rights under the First, Fourth, Fifth, Sixth and Fourteenth Amendments, when she was allegedly falsely arrested by police officers, unlawfully searched and maliciously prosecuted on those criminal charges.

  In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we will be forwarding to plaintiff for execution a consent to the designation of the Corporation Counsel as plaintiff's agent for release of records sealed pursuant to New York Criminal Procedure Law § 160.50. Pursuant to § 160.50, all official records concerning the arrest of plaintiffs have been sealed upon the termination of the criminal matter. Defendants

cannot obtain these records without the designation, and without the records, defendants cannot properly assess this case or respond to the complaint.

Lastly, an initial conference is currently scheduled for August 22, 2008 at 3:45 p.m. If the Court is inclined to grant the instant application, plaintiff and defendants also respectfully request that the initial conference be adjourned to a date convenient to the Court as plaintiff's counsel will be out of the country from August 11, 2008 through August 26, 2008.

Accordingly, we respectfully request that: 1) defendants be granted a thirty day enlargement of time, from June 10, 2008 to July 10, 2008, to answer or otherwise respond to the complaint and 2) that the initial conference scheduled for August 22, 2008 be adjourned to a date convenient to the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh A. Zuber (HZ 4835)
Assistant Corporation Counsel
Special Federal Litigation Division

*The requests are granted. The initial conference is adjourned to September 29, 2008, at 3:00pm.*

SO ORDERED.

6/2/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BY FAX (212) 378-4325
Michael P. Kushner, Esq.
The Blanch Law Firm
350 Fifth Avenue, 68th Floor
New York, New York 10118
Attorney for Plaintiff

2